# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Turlington,<br>    aka Michael B. Turlington,<br>    aka Michael Berry Turlington<br>    &<br>Judith Turlington,<br>    aka Judy Turlington,<br>    aka Judith Villanueva<br>                Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-15851 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734