United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15851-ref
Michael Turlington                                                        Chapter 13
Judith Turlington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2           Date Rcvd: Oct 13, 2017
                              Form ID: 309I           Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
```
db/jdb         Michael Turlington,   Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
tr            +FREDERICK L. REIGLE,   Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
               Reading, PA 19606-0410
smg           +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,    Reading, PA 19601-4300
13975656     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: MABT/CONTFIN,     PO Box 8099,    Newark, DE 19714-8099)
13975636       Capital One Auto Finance,   CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
13975639       City of Easton,   123 S 3rd St Ste 2,   Easton, PA 18042-4727
13975641       City of Easton & EASD,   123 S 3rd St Ste 2,    Easton, PA 18042-4727
13975643       Dept. of Education/Navient,   123 S Justison St Fl 3,    Wilmington, DE 19801-5360
13975644       DirecTV,   PO Box 5007,   Carol Stream, IL 60197-5007
13975645       Easton Hospital,   PO Box 503786,   Saint Louis, MO 63150-3786
13975646       Equitable Acceptance Corp.,   1200 Ford Rd,    Minnetonka, MN 55305-1616
13975647       FEDED Services LLC,   600 Epic Way # 335,    San Jose, CA 95134-2763
13975648       GLELSI,   PO Box 7860,   Madison, WI 53707-7860
13975649      +Hayt Hayt & Landau LLC,   2 Industrial Way W,    Eatontown, NJ 07724-2279
13975650       Hunterdon Healthcare,   10604 Justin Dr,   Des Moines, IA 50322-3755
13975652       Jeffrey P. Kelly, Esq.,   PO Box 391,   Norristown, PA 19404-0391
13975654       KML Law Group PC,   BNY Mellon Independence Ctr.,    701 Market St # 5000,
               Philadelphia, PA 19106-1541
13975653       Keystone Collections Group,   546 Wendel Rd,    Irwin, PA 15642-7539
13975655       LabCorp,   921 Drinker Tpke,   Moscow, PA 18444-7947
13975657       Manoj K. Mittal, MD PC,   41 Corporate Dr # 101,    Easton, PA 18045-2670
13975658       Medical Data Systems,   2001 9th Ave # 312,    Vero Beach, FL 32960-6413
13975659       Medical Data Systems,   645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13975660       Medical DataSystems,   645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13975662       Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13975663       Navient Dept. of Education Loan Serv,    PO Box 9635,   Wilkes Barre, PA 18773-9635
13975664       Pattenburg EMS,   c/o ABC, LLC,   PO Box 671,    Pittstown, NJ 08867-0671
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jsweet@northpennlegal.org Oct 14 2017 01:15:35      JOHN WILLIAM SWEET,
               North Penn Legal Services,   559 Main Street,    Suite 200,   Bethlehem, PA 18018
smg           +E-mail/Text: robertsl2@dnb.com Oct 14 2017 01:16:54      Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2017 01:16:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2017 01:17:02      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 14 2017 01:16:49      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
13975634       EDI: AFNIRECOVERY.COM Oct 14 2017 01:18:00      AFNI,   1310 Martin Luther King Dr,
               Bloomington, IL 61701-1465
13975635       E-mail/Text: ebn@americollect.com Oct 14 2017 01:16:52      Americollect Inc.,
               1851 S Alverno Rd,   Manitowoc, WI 54220-9208
13989333      +EDI: AISACG.COM Oct 14 2017 01:18:00      Capital One Auto Finance, c/o Ascension Capital Gr,
               P.O. Box 165028,   Irving, TX 75016-5028
13975637       EDI: CAPITALONE.COM Oct 14 2017 01:18:00      Capital One Bank USA,    PO Box 30281,
               Salt Lake City, UT 84130-0281
13975638       EDI: CHRM.COM Oct 14 2017 01:18:00      Chrysler Capital,    PO Box 961275,
               Fort Worth, TX 76161-0275
13975642       EDI: CCS.COM Oct 14 2017 01:18:00      Credit Collection Services,    PO Box 447,
               Norwood, MA 02062-0447
13975651       E-mail/Text: kristina.gutjahr@hunterdonradiology.com Oct 14 2017 01:17:40
               Hunterdon Radiology/Imaging Assoc.,    PO Box 5388,   Clinton, NJ 08809-0388
13990175      +EDI: MID8.COM Oct 14 2017 01:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
13975661       EDI: MID8.COM Oct 14 2017 01:18:00      Midland Funding LLC,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
13975665       EDI: PRA.COM Oct 14 2017 01:18:00      Portfolio Recovery Assoc. LLC,    PO Box 12914,
               Norfolk, VA 23541-0914
13992848       EDI: PRA.COM Oct 14 2017 01:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
13976736      +EDI: PRA.COM Oct 14 2017 01:18:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13980178       EDI: AIS.COM Oct 14 2017 01:18:00      T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Oct 13, 2017
                              Form ID: 309I           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13975666          EDI: VERIZONEAST.COM Oct 14 2017 01:19:00      Verizon Pennsylvania,    500 Technology Dr # 300,
                   Weldon Spring, MO  63304-2225
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13975640     ##+City of Easton,    1 S 3rd St,    Easton, PA 18042-4543
                                                                                     TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOHN WILLIAM SWEET     on behalf of Debtor Michael  Turlington jsweet@northpennlegal.org,
               smoschini@northpennlegal.org
              JOHN WILLIAM SWEET     on behalf of Joint Debtor Judith  Turlington jsweet@northpennlegal.org,
               smoschini@northpennlegal.org
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Turlington** | Social Security number or ITIN  xxx–xx–9743 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Judith Turlington** | Social Security number or ITIN  xxx–xx–5508 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13   8/30/17 |
| Case number: | 17–15851–ref | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                    12/15
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Turlington | Judith Turlington |
| 2. | **All other names used in the last 8 years** | aka Michael B. Turlington, aka Michael Berry Turlington | aka Judy Turlington, aka Judith Villanueva |
| 3. | **Address** | 1006 Ferry St.<br>Easton, PA 18042–4211 | 1006 Ferry St.<br>Easton, PA 18042–4211 |
| 4. | **Debtor's attorney**<br>Name and address | JOHN WILLIAM SWEET<br>North Penn Legal Services<br>559 Main Street<br>Suite 200<br>Bethlehem, PA 18018 | Contact phone 610 317 5323<br>Email:  jsweet@northpennlegal.org |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 10/13/17 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2017 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/13/18**<br><br><br><br><br><br><br><br><br><br>**Filing deadline: 2/12/18**<br><br><br>**Filing deadline: 2/26/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $215.00 per month for 60 months. The hearing on confirmation will be held on:<br>**12/21/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |