### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Michael Turlington and Judith Turlington

Debtor(s)

Case No: 17−15851−ref

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Debtor's failure to pay balance
of filing fee installment of $53.00
that was due 11/24/17

will be held before the Honorable Richard E. Fehling ,United States Bankruptcy Court

on: 12/28/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street,
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 4, 2017

18
Form 175