IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL TURLINGTON and    ) CASE NO. 17-15851
       JUDITH TURLINGTON,                       )
                                        Debtors.   ) CHAPTER 13

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Debtors, Michael and Judith Turlington, have filed an Objection to the Proof of Claim you filed in their bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one**.

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection, scheduled to be held before the Honorable Richard E. Fehling on **Thursday, January 11, 2018, at 9:30 a.m.,** in the United States Bankruptcy Court, The Madison Building, 400 Washington Street, Courtroom #1, Reading, PA 19601.  If you or your attorney do not attend the hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

Date:  12/4/2017

John W. Sweet, I.D. #320182
North Penn Legal Services, Inc.
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5323 (direct
610-317-8778 (fax)