United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Turlington
Judith Turlington
      Debtors

Case No. 17-15851-ref
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: dlv | Page 1 of 1 | Date Rcvd: Dec 04, 2017 |
| | Form ID: 175 | Total Noticed: 4 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
db/jdb      Michael Turlington,   Judith Turlington,   1006 Ferry St.,   Easton, PA 18042-4211
cr          Capital One Auto Finance c/o AIS Portfolio Service,   P.O. BOX 4360,   Houston, TX 77210-4360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 05 2017 01:20:48
            Capital One Auto Finance, a division of Capital On,   c/o Ascension Capital Group,
            P.O. Box 165028,   Irving, TX 75016,   UNITED STATES 75016-5028
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2017 01:21:12      Synchrony Bank,
            c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
            JOHN WILLIAM SWEET    on behalf of Joint Debtor Judith  Turlington jsweet@northpennlegal.org,
              smoschini@northpennlegal.org
            JOHN WILLIAM SWEET    on behalf of Debtor Michael  Turlington jsweet@northpennlegal.org,
              smoschini@northpennlegal.org
            REBECCA ANN SOLARZ    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                       TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Turlington and Judith Turlington
    Debtor(s)

Case No: 17−15851−ref
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Debtor's failure to pay balance
of filing fee installment of $53.00
that was due 11/24/17

will be held before the Honorable Richard E. Fehling ,United States Bankruptcy Court

on: 12/28/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: December 4, 2017

18
Form 175