# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MICHAEL TURLINGTON, a/k/a | ) | |
| MICHAEL B. TURLINGTON, a/k/a | ) | |
| MICHAEL BERRY TURLINGTON, and | ) | |
| JUDITH TURLINGTON, a/k/a | ) | |
| JUDY TURLINGTON, a/k/a | ) | |
| JUDITH VILLANUEVA, | ) | |
| | ) | |
| Debtors | ) | CASE NO. : 17-15851-REF |
| | ) | |
| | ) | **HEARING DATE:** |
| CAPITAL ONE AUTO FINANCE | ) | Thursday, January 11, 2018 |
| A DIVISION OF CAPITAL ONE N.A., | ) | 9:30 a.m. |
| Movant | ) | |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| MICHAEL TURLINGTON, a/k/a | ) | The Madison Building |
| MICHAEL B. TURLINGTON, a/k/a | ) | Courtroom No. 1 |
| MICHAEL BERRY TURLINGTON, and | ) | 400 Washington Street |
| JUDITH TURLINGTON, a/k/a | ) | Reading, PA 19601 |
| JUDY TURLINGTON, a/k/a | ) | |
| JUDITH VILLANUEVA, Debtors and | ) | |
| JOSEPH WILSON, Co-Debtor | ) | |
| Respondents | ) | |
| | ) | |
| and | ) | |
| FREDERICK L. REIGLE | ) | |
| Trustee | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

*Capital One Auto Finance, a Division of Capital One N.A., has filed a Motion for Relief with the Court to Lift the Automatic Stay to Permit Capital One Auto Finance to Repossess Debtor's Property described as a 2012 HONDA CIVIC-4 Cyl. Sedan 2D LX, V.I.N. 2HGFB2F55CH600890.*

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to

consider your views on the motion, then on or before January 5, 2018, you or your attorney must do all of the following:

>  (a) file an answer explaining you position at:

> > *United States Bankruptcy Court Clerk*
> > *Eastern District of Pennsylvania*
> > *400 Washington Street*
> > *Reading, PA 19601*

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so it will be received on or before the date stated above; and,

>  (b) mail a copy to the movant's attorney:

> > *Jason Brett Schwartz, Esquire*
> > *Mester & Schwartz, P.C.*
> > *1333 Race Street*
> > *Philadelphia, PA 19107*
> > *(267) 909-9036*

> > and

> > *Frederick L. Reigle*
> > *2901 St. Lawrence Ave.*
> > *P.O. Box 4010*
> > *Reading, PA 19606*
> > *Chapter 13 Trustee*

2. If you or your attorney do not take the steps described in paragraphs (a) and (b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday January 11, 2018 at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610)208-5040 to find out whether the hearing has been canceled because no one filed an answer.

DATE: December 22, 2017