IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   MICHAEL TURLINGTON AND ) | CASE NO. 17-15851 |
| JUDITH TURLINGTON, ) | |
| ) | |
| Debtors. ) | CHAPTER 13 |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtors, **MICHAEL and JUDITH TURLINGTON**, filed a Motion to Determine Value of Debtor's Vehicle under 11 U.S.C. Section 506, FRBP 3012, with the Court to request that the Court determine the value of the vehicle owned by Debtor, **MICHAEL TURLINGTON.**

1. **Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **January 19, 2018**, **you or your attorney must file a response to the Motion** (see instructions on next page).

3. **A hearing on the Motion** is scheduled to be held on **Thursday, February 1, 2018, at 9:30 A.M.**, **in Courtroom 1**, **United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington St., Reading, PA 19601.**   Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8.  **If you are not required to file electronically**, you must file your response at:

> Clerk, U. S. Bankruptcy Court
> The Madison Building
> Suite 300
> 400 Washington St.
> Reading, PA 19601

9.  **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> John W. Sweet, Esq.
> North Penn Legal Services
> 559 Main St., Suite 200
> Bethlehem, PA 18018
> Phone:  610-317-5323
> Fax:    610-317-8778
> jsweet@northpennlegal.org

Date:    1/5/2018


John W. Sweet, Esq.
North Penn Legal Services, Inc.
559 Main St., Ste. 200
Bethlehem, PA 18018

US Trustee
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

Frederick L. Reigle, Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606

Jason Brett Schwartz, Esq.
Mester & Schwartz, P.C.
1333 Race St.
Philadelphia, PA 19107
Attorney for Capital Auto