```
AFNI
1310 Martin Luther King Dr
Bloomington, IL  61701-1465


Americollect Inc.
1851 S Alverno Rd
Manitowoc, WI  54220-9208


Capital One Auto Finance
CB Disputes Team
PO Box 259407
Plano, TX  75025-9407


Capital One Bank USA
PO Box 30281
Salt Lake City, UT  84130-0281


Chrysler Capital
PO Box 961275
Fort Worth, TX  76161-0275


City of Easton
123 S 3rd St Ste 2
Easton, PA  18042-4727


City of Easton
1 S 3rd St
Easton, PA  18042-4578
```

```
City of Easton & EASD
123 S 3rd St Ste 2
Easton, PA  18042-4727


Credit Collection Services
PO Box 447
Norwood, MA  02062-0447


Dept. of Education/Navient
123 S Justison St Fl 3
Wilmington, DE  19801-5360


DirecTV
PO Box 5007
Carol Stream, IL  60197-5007


Easton Hospital
PO Box 503786
Saint Louis, MO  63150-3786


Equitable Acceptance Corp.
1200 Ford Rd
Minnetonka, MN  55305-1616


FEDED Services LLC
600 Epic Way # 335
San Jose, CA  95134-2763
```

GLELSI
PO Box 7860
Madison, WI  53707-7860


Hayt Hayt & Landau LLC
2 Industrial Way W
Eatontown, NJ  07724-2265


Hunterdon Healthcare
10604 Justin Dr
Des Moines, IA  50322-3755


Hunterdon Radiology/Imaging Assoc.
PO Box 5388
Clinton, NJ  08809-0388


Jeffrey P. Kelly, Esq.
PO Box 391
Norristown, PA  19404-0391


Keystone Collections Group
546 Wendel Rd
Irwin, PA  15642-7539


KML Law Group PC
BNY Mellon Independence Ctr.
701 Market St # 5000
Philadelphia, PA  19106-1541

```
LabCorp
921 Drinker Tpke
Moscow, PA  18444-7947


MABT/CONTFIN
PO Box 8099
Newark, DE  19714-8099


Manoj K. Mittal, MD PC
41 Corporate Dr # 101
Easton, PA  18045-2670


Medical Data Systems
2001 9th Ave # 312
Vero Beach, FL  32960-6413


Medical Data Systems
645 Walnut St Ste 5
Gadsden, AL  35901-4173


Medical DataSystems
645 Walnut St Ste 5
Gadsden, AL  35901-4173


Midland Funding LLC
2365 Northside Dr Ste 300
San Diego, CA  92108-2709
```

```
Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX   75019-4620


Navient Dept. of Education Loan Serv
PO Box 9635
Wilkes Barre, PA   18773-9635


PA Dept of Revenue
Inheritance Tax Division
PO Box 280601
Harrisburg, PA   17128-0601


Pattenburg EMS
c/o ABC, LLC
PO Box 671
Pittstown, NJ   08867-0671


Portfolio Recovery Assoc. LLC
PO Box 12914
Norfolk, VA   23541-0914


T Mobile/T-Mobile USA Inc.
by American Info Source LP
4515 N Santa Fe Ave
Oklahoma City, OK   73118-7901
```

```
T Mobile/TMobile USA Inc.
by American InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK   73118-7901


Verizon Pennsylvania
500 Technology Dr # 300
Weldon Spring, MO   63304-2225
```