IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL TURLINGTON and       ) CASE NO. 17-15851 ref
        JUDITH TURLINGTON,                        )
                                                                  )
                                  Debtors.    ) CHAPTER 13
_____

SELENE FINANCE LP,                                )
                                                                  )
                                  Movant,           )
    vs.                                                        )
                                                                  )
JUDITH TURLINGTON, et al.,                   )
                                                                  )
                                  Debtors,          )
                                                                  )
FREDERICK L. REIGLE, Esq.               )
                                                                  )
                                  Trustee.           )

**AMENDED**
**CERTIFICATE OF SERVICE**

    I, John W. Sweet, attorney for the Debtors, certify that a copy of the Debtors' Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges and proposed Order will be served electronically upon the trustees in this case and by first class mail, postage prepaid to all other interested parties:

Rebecca A. Solarz, Esq.
KML Law Group, PC
701 Market St., Ste. 5000
Philadelphia, PA 19106
Attorney for Selene Finance LP

                                                NORTH PENN LEGAL SERVICES, INC.

Date:  1/24/2018                           By /s/ John W. Sweet
                                                  John W. Sweet, Esq.
                                                  I.D. #320182
                                                  559 Main St., Ste. 200
                                                  Bethlehem, PA 18018
                                                  610-317-5323
                                                  610-317-8778 (fax)
                                                  Attorney for Debtors