### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Michael Turlington and Judith
Turlington

       Debtor(s)
                                                   Case No: 17−15851−ref

                                                   Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The
Madison, 400 Washington Street, Reading, PA 19601

                                       For The Court

                                       Timothy B. McGrath
                                       Clerk of Court