United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15851-ref
Michael Turlington                                                  Chapter 13
Judith Turlington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Violet              Page 1 of 3           Date Rcvd: Feb 05, 2018
                               Form ID: 152              Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
```
db/jdb         Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13975656     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: MABT/CONTFIN,     PO Box 8099,    Newark, DE 19714-8099)
13975636       Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
13975637       Capital One Bank USA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13975638       Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13975639       City of Easton,    123 S 3rd St Ste 2,    Easton, PA 18042-4727
14022710      +City of Easton,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                Norristown, PA 19404-3020
13975641       City of Easton & EASD,    123 S 3rd St Ste 2,    Easton, PA 18042-4727
13975643       Dept. of Education/Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5360
13975644       DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
13975645       Easton Hospital,    PO Box 503786,    Saint Louis, MO 63150-3786
13975646       Equitable Acceptance Corp.,    1200 Ford Rd,    Minnetonka, MN 55305-1616
13975647       FEDED Services LLC,    600 Epic Way # 335,    San Jose, CA 95134-2763
13975648       GLELSI,    PO Box 7860,    Madison, WI 53707-7860
13975649      +Hayt Hayt & Landau LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
13975650       Hunterdon Healthcare,    10604 Justin Dr,    Des Moines, IA 50322-3755
13975652       Jeffrey P. Kelly, Esq.,    PO Box 391,    Norristown, PA 19404-0391
13975654       KML Law Group PC,    BNY Mellon Independence Ctr.,    701 Market St # 5000,
                Philadelphia, PA 19106-1541
13975653       Keystone Collections Group,    546 Wendel Rd,    Irwin, PA 15642-7539
13975655       LabCorp,    921 Drinker Tpke,    Moscow, PA 18444-7947
13975657       Manoj K. Mittal, MD PC,    41 Corporate Dr # 101,    Easton, PA 18045-2670
13975658       Medical Data Systems,    2001 9th Ave # 312,    Vero Beach, FL 32960-6413
13975659       Medical Data Systems,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13975660       Medical DataSystems,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14041333      +Met-Ed,    101 Crawford Corner Rd, Bldg #1 Ste 1-51,    Holmdel, NJ 07733-1976
13975662       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14008097      +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,     P.O. Box 619096,
                Dallas, TX 75261-9096
14037383       PA Department of Revenue,    Inheritance Tax Division,    P.O. Box 280601,
                Harrisburg, PA 17128-0601
14036201       PA Dept. of Revenue,    Board of Appeals,    P.O. Box 281021,    Harrisburg, PA 17128-1021
13975664       Pattenburg EMS,    c/o ABC, LLC,    PO Box 671,    Pittstown, NJ 08867-0671
14036204      +T Mobile/T-Mobile USA,    4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
14038096       TMobile/TMobile USA Inc.,    by American InfoSource LP,    4515 N santa Fe Ave.,
                Oklahoma City, OK 73118-7901
14048340       United States Department of Education,    Claims Filing Unit,    Po Box 8973,
                Madison, WI 53708-8973
13975666       Verizon Pennsylvania,    500 Technology Dr # 300,    Weldon Spring, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 06 2018 04:50:31
                Capital One Auto Finance c/o AIS Portfolio Service,     P.O. BOX 4360,    Houston, TX 77210-4360
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 06 2018 05:22:39
                Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                P.O. Box 165028,    Irving, TX 75016,    UNITED STATES 75016-5028
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:08      Synchrony Bank,
                c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13975634       E-mail/Text: EBNProcessing@afni.com Feb 06 2018 02:24:24      AFNI,    1310 Martin Luther King Dr,
                Bloomington, IL 61701-1465
13975635       E-mail/Text: ebn@americollect.com Feb 06 2018 02:24:23      Americollect Inc.,
                1851 S Alverno Rd,    Manitowoc, WI 54220-9208
14021010       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:26:12
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13989333      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 06 2018 05:17:12
                Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 165028,    Irving, TX 75016-5028
```

```
District/off: 0313-4          User: Violet            Page 2 of 3               Date Rcvd: Feb 05, 2018
                              Form ID: 152            Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13975642       E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 06 2018 02:24:48
                 Credit Collection Services,    PO Box 447,    Norwood, MA 02062-0447
13975651       E-mail/Text: kristina.gutjahr@hunterdonradiology.com Feb 06 2018 02:24:48
                 Hunterdon Radiology/Imaging Assoc.,    PO Box 5388,    Clinton, NJ 08809-0388
13990175      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13975661       E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18      Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
13975663       E-mail/PDF: pa_dc_ed@navient.com Feb 06 2018 02:26:40      Navient Dept. of Education Loan Serv,
                 PO Box 9635,    Wilkes Barre, PA 18773-9635
14034335       E-mail/PDF: pa_dc_claims@navient.com Feb 06 2018 02:26:10
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
13975665       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:29
                 Portfolio Recovery Assoc. LLC,    PO Box 12914,    Norfolk, VA 23541-0914
13992848       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13976736      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14036205       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 02:26:12
                 Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
13980178       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 04:50:13      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK 73124-8848
14037918       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 05:22:36      T Mobile/T-Mobile USA Inc.,
                 by American Info Source LP,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14037919       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 05:33:27      T Mobile/TMobile USA Inc.,
                 by American InfoSource LP,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14025751       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 04:50:32      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14037884          17-15851
cr*              +City of Easton,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                   Norristown, PA 19404-3020
14037885*         AFNI,   1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
14037886*       ++AMERICOLLECT INC,    PO BOX 2080,   MANITOWOC WI 54221-2080
                 (address filed with court: Americollect Inc.,     1851 S Alverno Rd,    Manitowoc, WI 54220-9208)
14037907*       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
                 (address filed with court: MABT/CONTFIN,    PO Box 8099,    Newark, DE 19714-8099)
14037887*         Capital One Auto Finance,    CB Disputes Team,   PO Box 259407,    Plano, TX 75025-9407
14037888*         Capital One Bank USA,    PO Box 30281,   Salt Lake City, UT 84130-0281
14037889*         Chrysler Capital,    PO Box 961275,   Fort Worth, TX 76161-0275
14037890*         City of Easton,    123 S 3rd St Ste 2,   Easton, PA 18042-4727
14037891*        +City of Easton,    1 S 3rd St,   Easton, PA 18042-4543
14037892*         City of Easton & EASD,    123 S 3rd St Ste 2,   Easton, PA 18042-4727
14037893*         Credit Collection Services,    PO Box 447,   Norwood, MA 02062-0447
14037894*         Dept. of Education/Navient,    123 S Justison St Fl 3,    Wilmington, DE 19801-5360
14037895*         DirecTV,    PO Box 5007,   Carol Stream, IL 60197-5007
14037896*         Easton Hospital,    PO Box 503786,   Saint Louis, MO 63150-3786
14037897*         Equitable Acceptance Corp.,    1200 Ford Rd,   Minnetonka, MN 55305-1616
14037898*         FEDED Services LLC,    600 Epic Way # 335,   San Jose, CA 95134-2763
14037899*         GLELSI,    PO Box 7860,   Madison, WI 53707-7860
14037900*        +Hayt Hayt & Landau LLC,    2 Industrial Way W,   Eatontown, NJ 07724-2279
14037901*         Hunterdon Healthcare,    10604 Justin Dr,   Des Moines, IA 50322-3755
14037902*         Hunterdon Radiology/Imaging Assoc.,    PO Box 5388,    Clinton, NJ 08809-0388
14037903*         Jeffrey P. Kelly, Esq.,    PO Box 391,   Norristown, PA 19404-0391
14037905*         KML Law Group PC,    BNY Mellon Independence Ctr.,    701 Market St # 5000,
                   Philadelphia, PA 19106-1541
14037904*         Keystone Collections Group,    546 Wendel Rd,   Irwin, PA 15642-7539
14037906*         LabCorp,    921 Drinker Tpke,   Moscow, PA 18444-7947
14037908*         Manoj K. Mittal, MD PC,    41 Corporate Dr # 101,    Easton, PA 18045-2670
14037909*         Medical Data Systems,    2001 9th Ave # 312,   Vero Beach, FL 32960-6413
14037910*         Medical Data Systems,    645 Walnut St Ste 5,   Gadsden, AL 35901-4173
14037911*         Medical DataSystems,    645 Walnut St Ste 5,   Gadsden, AL 35901-4173
14037912*         Midland Funding LLC,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14037913*         Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14037914*         Navient Dept. of Education Loan Serv,    PO Box 9635,    Wilkes Barre, PA 18773-9635
14037915*         PA Dept of Revenue,    Inheritance Tax Division,    PO Box 280601,    Harrisburg, PA 17128-0601
14037917*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Assoc. LLC,     PO Box 12914,
                   Norfolk, VA 23541-0914)
14037916*         Pattenburg EMS,    c/o ABC, LLC,   PO Box 671,    Pittstown, NJ 08867-0671
14037920*         Verizon Pennsylvania,    500 Technology Dr # 300,    Weldon Spring, MO 63304-2225
```

```
District/off: 0313-4          User: Violet             Page 3 of 3              Date Rcvd: Feb 05, 2018
                              Form ID: 152             Total Noticed: 62
```

```
13975640      ##+City of Easton,   1 S 3rd St,   Easton, PA 18042-4543
                                                                                TOTALS: 1, * 35, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          JOHN WILLIAM SWEET    on behalf of Debtor Michael   Turlington jsweet@northpennlegal.org,
           smoschini@northpennlegal.org
          JOHN WILLIAM SWEET    on behalf of Joint Debtor Judith   Turlington jsweet@northpennlegal.org,
           smoschini@northpennlegal.org
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael Turlington and Judith
Turlington
    Debtor(s)

Case No: 17–15851–ref

Chapter: 13

---

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


    For The Court

    Timothy B. McGrath
    Clerk of Court