IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  MICHAEL TURLINGTON and<br>          JUDITH TURLINGTON,<br>                              Debtors. | ) CASE NO. 17-15851<br>)<br>) CHAPTER 13 |

**NOTICE OF OBJECTION TO CLAIM NUMBER 13 AND HEARING DATE**

    **Debtors have filed an Objection to the Proof of Claim you filed in this bankruptcy case.**

    **1.    <u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney.)**

    **2.    <u>If you do not want the Court to change or eliminate your claim, you or your lawyer must attend the hearing on the Objection</u>,** scheduled to be held on <u>Thursday, April 5, 2018, at 9:30 a.m. in Courtroom 1, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington St., Reading, PA 19601</u>. If you or your attorney do not attend the hearing on the Objection, the Court may decide that you do not oppose the Objection to your claim.

    **3.    <u>If you intend to appear at the hearing</u>** to contest the Objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date:  2/20/2018              NORTH PENN LEGAL SERVICES, INC.

                                    By <u>/s/ John W. Sweet</u>_____
                                        John W. Sweet, Esq.
                                        I.D. #320182
                                        559 Main St., Ste. 200
                                        Bethlehem, PA 18018
                                        610-317-5323
                                        610-317-8778 (fax)
                                        jsweet@northpennlegal.org

Michael Mazella, Esq.
Kratzenberg, Lazzaro, Lawson & Vincent
546 Wendel Road
Irwin, PA 15642
Attorney for Keystone Collections Group

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Ave., Ste. 100
P.O. Box 4010
Reading, PA 19606-0410

John W. Sweet, Esq.
North Penn Legal Services, Inc.
559 Main St., Ste. 200
Bethlehem, PA 18018