| | |
|---|---|
| **From:** | John Sweet |
| **To:** | Suzanne Moschini |
| **Subject:** | FW: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Michael Turlington, Case Number: 17-15851, ref, Ref: [p-117846868] |
| **Date:** | Thursday, February 22, 2018 10:13:38 AM |
| **Attachments:** | R_P417158511520166.PDF |

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Wednesday, February 21, 2018 5:48 PM
**To:** John Sweet <jsweet@northpennlegal.org>
**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Returned Mail Notice, In re: Michael Turlington, Case Number: 17-15851, ref, Ref: [p-117846868]

Notice of Returned Mail to Debtor/Debtor's Attorney

February 21, 2018

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Michael Turlington, Case Number 17-15851, ref

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
Reading
400 Washington Street
Suite 300
Reading, PA 19601

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

LabCorp
921 Drinker Tpke

THE UPDATED ADDRESS IS:

LabCorp
3729 Nazareth Rd.

Moscow, PA 18444-7947

Suite 102
Easton, PA 18045

_____    _____
Signature of Debtor or Debtor's Attorney            Date    2/22/2018

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.