*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Michael Turlington and
Judith Turlington
      Debtor(s)

Case No: 17–15851–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Response filed by Selene Finance LP to Debtor's Objection to Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on 1/17/18

on: 3/22/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/26/18

Timothy B. McGrath
Clerk of Court

46 – 44
Form 167