United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Turlington
Judith Turlington
    Debtors

Case No. 17-15851-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Mar 19, 2018
Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
db/jdb     Michael Turlington, Judith Turlington, 1006 Ferry St., Easton, PA 18042-4211
cr     +City of Easton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr     E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 01:55:00 Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360
cr     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 20 2018 01:54:29 Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028
cr     +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:27 Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021
                                                            TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
         JOHN WILLIAM SWEET    on behalf of Joint Debtor Judith Turlington jsweet@northpennlegal.org, smoschini@northpennlegal.org
         JOHN WILLIAM SWEET    on behalf of Debtor Michael Turlington jsweet@northpennlegal.org, smoschini@northpennlegal.org
         REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 17-15851-REF |
| | ) | |
| MICHAEL TURLINGTON, a/k/a | ) | |
| MICHAEL B. TURLINGTON, a/k/a | ) | |
| MICHAEL BERRY TURLINGTON, and | ) | |
| JUDITH TURLINGTON, a/k/a | ) | |
| JUDITH VILLANUEVA, | ) | |
| Debtors | ) | CHAPTER 13 |

## STIPULATION

COME NOW, this 27th day of February, 2018, Debtors, Michael Turlington and Judith Turlington, by and through their attorney, John William Sweet, Esquire, and Capital One Auto Finance, a Division of Capital One N.A. ("COAF") by and through its attorney, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Debtors' Motion to Determine Value of Debtor's Vehicle and COAF's Motion for Relief from Automatic Stay:

WHEREAS the Debtors own a 2012 HONDA Civic 4 Cyl. Sedan 4D LX, V.I.N. 2HGFB2F55CH600890 ("vehicle"); and

WHEREAS COAF has a lien on the vehicle; and

WHEREAS the Debtors have filed a Motion to Determine Value of Debtor's Vehicle; and

WHEREAS COAF has filed a Motion for Relief from Automatic Stay; and

WHEREAS the Debtors and COAF seek to resolve both Motions; it is hereby stipulated and agreed that:

1. The value of the 2012 HONDA Civic 4 Cyl. Sedan 4D LX, V.I.N. 2HGFB2F55CH600890 to be paid through the Plan is $7,614.00.

2. The value of the vehicle shall be paid through the Plan at 5.25% interest for sixty (60) months. The payments will total $8,673.56 and COAF shall have a total secured claim in that

amount.

3. The balance of any claim shall be a general unsecured claim.

4. COAF shall retain its lien on the Debtors' 2012 HONDA Civic 4 Cyl. Sedan 4D LX until the Debtors complete their Chapter 13 Plan and receive their discharge.

5. In the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtors fail to make payment in accordance with this paragraph, then COAF, through counsel, may file a Certification of Default setting forth said failure and COAF shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and COAF is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

6. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

7. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

_____ 2/28/18
Jason Brett Schwartz, Esquire
Attorney for COAF
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

_____
John William Sweet, Esquire
Attorney for the Debtors
North Penn Legal Services
559 Main Street
Suite 200
Bethlehem, PA 18018
(610) 317-5323

_____ for
Frederick L. Reigle, Trustee    3/12/18
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
(610) 779-1313

**Date: March 19, 2018**

SO ORDERED
BY THE COURT:

_____
Richard E. Fehling
U.S. Bankruptcy Judge