IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　　Debtor(s)<br><br>Selene Finance LP<br>　　　　　Secured Creditor<br>　　vs.<br><br>Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　　Debtor(s)<br><br>Frederick L. Reigle Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 17-15851 REF<br><br><br><br>11 U.S.C. Section 362 |

## STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On November 1, 2017, Nationstar Mortgage, LLC d/b/a Mr. Cooper filed a secured proof of claim regarding its mortgage associated with the real property located at 1006 Ferry Street, Easton, PA 18042 which set forth an arrearage total in the amount of $14,783.15.

2. A Transfer of Claim was filed by Selene Finance LP (Secured Creditor) on February 14, 2018.

3. Debtors objected to Secured Creditor's arrearage claim on December 4, 2017 disputing the nature and amounts of the escrow advances contained within the 410A.

4. The Parties have reviewed the claim in depth to come to a resolution of this matter.

5. Debtor's Objection is to be resolved as per the following terms:

-Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Proof of Claim to reduce the escrow advance in the amount of $1,869.00 setting forth an amended arrears total in the amount of $12,914.15 and an amended total claim in the amount of $131,885.73.

-Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor/Debtor's Counsel is to withdraw the pending Objection to Secured Creditor's Proof of Claim and file an Amended Chapter 13 Plan adjusting the total amount of prepetition arrears to be cured to $12,914.15.

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date:  March 14, 2018

By:  /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Attorney for Creditor

Date: 3/22/18

John William Sweet
Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Richard E. Fehling