United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Turlington
Judith Turlington
    Debtors

Case No. 17-15851-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Mar 23, 2018
                    Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2018.
db/jdb       Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA   18042-4211
cr           +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2018 02:01:45
               Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX   77210-4360
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2018 01:53:47
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               P.O. Box 165028,    Irving, TX   75016,    UNITED STATES 75016-5028
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:32      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                             TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
         jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
        JOHN WILLIAM SWEET    on behalf of Joint Debtor Judith   Turlington jsweet@northpennlegal.org,
         smoschini@northpennlegal.org
        JOHN WILLIAM SWEET    on behalf of Debtor Michael   Turlington jsweet@northpennlegal.org,
         smoschini@northpennlegal.org
        REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
         RRamos-Cardona@fredreiglech13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                 TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　　Debtor(s)<br><br>Selene Finance LP<br>　　　　　Secured Creditor<br>　　vs.<br><br>Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　　Debtor(s)<br><br>Frederick L. Reigle Esq.<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 17-15851 REF<br><br><br>11 U.S.C. Section 362 |

### STIPULATION RESOLVING DEBTOR'S OBJECTION TO PROOF OF CLAIM

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On November 1, 2017, Nationstar Mortgage, LLC d/b/a Mr. Cooper filed a secured proof of claim regarding its mortgage associated with the real property located at 1006 Ferry Street, Easton, PA 18042 which set forth an arrearage total in the amount of $14,783.15.

2. A Transfer of Claim was filed by Selene Finance LP (Secured Creditor) on February 14, 2018.

3. Debtors objected to Secured Creditor's arrearage claim on December 4, 2017 disputing the nature and amounts of the escrow advances contained within the 410A.

4. The Parties have reviewed the claim in depth to come to a resolution of this matter.

5. Debtor's Objection is to be resolved as per the following terms:

-Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Proof of Claim to reduce the escrow advance in the amount of $1,869.00 setting forth an amended arrears total in the amount of $12,914.15 and an amended total claim in the amount of $131,885.73.

-Within seven (7) days of the filing of the aforementioned Amended Proof of Claim, Debtor/Debtor's Counsel is to withdraw the pending Objection to Secured Creditor's Proof of Claim and file an Amended Chapter 13 Plan adjusting the total amount of prepetition arrears to be cured to $12,914.15.

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: March 14, 2018

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Attorney for Creditor

Date: 3/22/18

John William Sweet
Attorney for Debtor(s)

Approved by the Court this ____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: March 23, 2018**

Bankruptcy Judge
Richard E. Fehling