UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL TURLINGTON    : CASE NO. 17-15851
and JUDITH TURLINGTON,    :
:
Debtors,    : CHAPTER 13

## Withdrawal and Entry of Appearance

To the Bankruptcy Court:

Kindly withdraw my appearance on behalf of the above debtor in the above-captioned case.

/s/John W. Sweet
I.D. #320182
Formerly of North Penn Legal Services, Inc.

Date: May 18, 2018

Please enter my appearance on behalf of the debtor in the above-captioned case.

NORTH PENN LEGAL SERVICES, INC.

Date: May 18, 2018    By /s/ Trevor L. Gross
I.D. 323358
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5340
610-317-8778 (fax)