# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>        Debtor(s) | CHAPTER 13 |
| Selene Finance LP<br>        Secured Creditor<br>vs. | NO. 17-15851 REF |
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>        Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>        Trustee | |

## STIPULATION RESOLVING DEBTORS' OBJECTION TO THE JANUARY 17, 2018 POST-PETITION FEE NOTICE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On January 17, 2018, Selene Finance, LP (Secured Creditor) filed a post-petition fee notice under Claim 7 in the total amount of $1,325.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

2. Debtors' objected to Secured Creditor's post-petition fee notice on January 24, 2018, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Debtors' Objection is hereby overruled.

5. The post-petition fees and costs are approved as per the following terms:

    a. The amount of $1,000.00 is recoverable from Debtors for Secured Creditor's fees for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

    b. Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Post-Petition Fee Notice in the total amount of $1,000.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

    c. This Amended Post-Petition Fee Notice will be considered timely under 11 U.S.C. Section 3002.1(c).

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: May 7, 2018

By: __/s/ Rebecca A. Solarz__
Rebecca A. Solarz, Esquire
Attorney for Creditor

Date: 6/13/2018

~~John William Sweet~~ Trevor L. Gross
Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Richard E. Fehling