United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Turlington  
Judith Turlington  
       Debtors

Case No. 17-15851-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Jun 14, 2018  
                   Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
```
db/jdb         Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
cr            +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 15 2018 02:00:23
               Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 15 2018 02:00:01
               Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
               P.O. Box 165028,    Irving, TX 75016,    UNITED STATES 75016-5028
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 02:00:02      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              TREVOR L. GROSS    on behalf of Debtor Michael Turlington tgross@northpennlegal.org
              TREVOR L. GROSS    on behalf of Joint Debtor Judith Turlington tgross@northpennlegal.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Selene Finance LP<br>　　　　Secured Creditor<br>vs. | NO. 17-15851 REF |
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle Esq.<br>　　　　　Trustee | |

## STIPULATION RESOLVING DEBTORS' OBJECTION TO THE JANUARY 17, 2018 POST-PETITION FEE NOTICE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On January 17, 2018, Selene Finance, LP (Secured Creditor) filed a post-petition fee notice under Claim 7 in the total amount of $1,325.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

2. Debtors' objected to Secured Creditor's post-petition fee notice on January 24, 2018, disputing the amounts collectible.

3. The Parties have reviewed the claim in depth to come to a resolution of this matter.

4. Debtors' Objection is hereby overruled.

5. The post-petition fees and costs are approved as per the following terms:

    a. The amount of $1,000.00 is recoverable from Debtors for Secured Creditor's fees for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

  b. Within thirty (30) days of the filing of this Stipulation, Secured Creditor is to file an Amended Post-Petition Fee Notice in the total amount of $1,000.00 for its Objection to Confirmation, Proof of Claim, 410A, and Plan Review.

  c. This Amended Post-Petition Fee Notice will be considered timely under 11 U.S.C. Section 3002.1(c).

5. The parties agree that a facsimile signature shall be considered an original signature.

6. Debtor's Objection to Secured Creditor's Proof of Claim is hereby resolved.

Date: May 7, 2018    By:  /s/ Rebecca A. Solarz
              Rebecca A. Solarz, Esquire
              Attorney for Creditor

Date: 6/13/2018        John William Sweet  Trevor L. Gross
              Attorney for Debtor(s)

Approved by the Court this _____ day of _____, 2018. However, the court retains discretion regarding entry of any further order.

**Date: June 14, 2018**

              Bankruptcy Judge
              Richard E. Fehling