# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>　　　Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　Debtors | CHAPTER 13 |
| Selene Finance LP<br>　　　　　Movant<br>　　vs.<br>Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>　　　　　Respondents | NO. 17-15851 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection of Nationstar Mortgage, LLC d/b/a Mr. Cooper (a Transfer of Claim was filed on February 14, 2018) to Confirmation of Chapter 13 Plan, which was filed with the Court on or about October 24, 2017 (Document No. 16).

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　215-627-1322

September 12, 2018