### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Michael Turlington        :    Chapter 13
          Judith Turlington        :
                                :
          Debtors.    :    Bankruptcy No.  17-15851 (REF)

### PRAECIPE TO WITHDRAW CLAIM # 9
### OF CITY OF EASTON

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim # 9 of City of Easton.

**PORTNOFF LAW ASSOCIATES, LTD.**

By:    /s/ James R. Wood, Esquire
        James R. Wood, Esquire
        2700 Horizon Drive, Suite 100
        King of Prussia, PA 19406
        (484) 690-9341
        Attorney for City of Easton

Dated:  October 19, 2018