UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL TURLINGTON  : CASE NO. 17-15851
and JUDITH TURLINGTON,  :
:
Debtors,  : CHAPTER 13

### CERTIFICATE OF NO RESPONSE

I, Trevor L. Gross, hereby certify that a true and correct copy of the Debtors' Motion to Amend Chapter 13 Plan Post-Confirmation, Notice of Motion, Deadline and Hearing Date, Proposed Order and Amended Notice of Motion, Response Deadline and Hearing Date, was served electronically upon the Trustees and mailed by first class mail, postage prepaid to all other interested parties on the attached list and that **no answer, objection or other responsive pleading was timely filed with respect to this matter.**

Respectfully submitted,
NORTH PENN LEGAL SERVICES, INC.

By /s/ Trevor L. Gross
Trevor L. Gross, Esq.
Date: 11/26/2018
I.D. #323358
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5311
610-317-8778 (fax)
Attorney for Debtor

```
Label Matrix for local noticing          Bureau of Audit and Enforcement        Capital One Auto Finance c/o AIS Portfolio S
0313-4                                   City of Allentown                      P.O. BOX 4360
Case 17-15851-ref                        435 Hamilton Street                    Houston, TX 77210-4360
Eastern District of Pennsylvania         Allentown, PA 18101-1603
Reading
Tue Oct 23 11:51:26 EDT 2018
Capital One Auto Finance, a division of Capi    City Treasurer                  City of Easton
c/o Ascension Capital Group              Eighth and Washington Streets          c/o Portnoff Law Associates, Ltd.
P.O. Box 165028                          Reading, PA 19601                      P.O. Box 3020
Irving, TX 75016-5028                                                           Norristown, PA 19404-3020


                                         Lehigh County Tax Claim Bureau         Pennsylvania Department of Revenue
Dun & Bradstreet, INC                    17 South Seventh Street                Bankruptcy Division
3501 Corporate Pkwy                      Allentown, PA 18101-2401               P.O. Box 280946
P.O. Box 520                                                                    Harrisburg, PA 17128-0946
Centre Valley, PA 18034-0520


                                         Tax Claim Bureau                       U.S. Attorney Office
Synchrony Bank                           633 Court Street                       c/o Virginia Powel, Esq.
c/o PRA Receivables Management, LLC      Second Floor                           Room 1250
PO Box 41021                             Reading, PA 19601-4300                 615 Chestnut Street
Norfolk, VA 23541-1021                                                          Philadelphia, PA 19106-4404


                                         AFNI                                   (p)AMERICOLLECT INC
Reading                                  1310 Martin Luther King Dr             PO BOX 2080
400 Washington Street                    Bloomington, IL 61701-1465             MANITOWOC WI 54221-2080
Suite 300
Reading, PA 19601-3951


Ashley Funding Services, LLC its successors    Capital One Auto Finance         Capital One Auto Finance, c/o Ascension Capi
assigns as assignee of Laboratory        CB Disputes Team                       P.O. Box 165028
Corporation of America Holdings          PO Box 259407                          Irving, TX 75016-5028
Resurgent Capital Services               Plano, TX 75025-9407
PO Box 10587
Greenville, SC 29603-0587
Capital One Bank USA                     Chrysler Capital
PO Box 30281                             PO Box 961275                          City of Easton
Salt Lake City, UT 84130-0281            Fort Worth, TX 76161-0275              1 S 3rd St
                                                                                Easton, PA 18042-4543


                                         City of Easton & EASD                  Credit Collection Services
City of Easton                           123 S 3rd St Ste 2                     PO Box 447
123 S 3rd St Ste 2                       Easton, PA 18042-4727                  Norwood, MA 02062-0447
Easton, PA 18042-4727


                                         DirecTV                                Easton Hospital
Dept. of Education/Navient               PO Box 5007                            PO Box 503786
123 S Justison St Fl 3                   Carol Stream, IL 60197-5007            Saint Louis, MO 63150-3786
Wilmington, DE 19801-5360


                                         FEDED Services LLC                    GLELSI
Equitable Acceptance Corp.               600 Epic Way # 335                    PO Box 7860
1200 Ford Rd                             San Jose, CA 95134-2763               Madison, WI 53707-7860
Minnetonka, MN 55305-1616
```

Hayt Hayt & Landau LLC
2 Industrial Way W
Eatontown, NJ 07724-2279

Hunterdon Healthcare
10604 Justin Dr
Des Moines, IA 50322-3755

Hunterdon Radiology/Imaging Assoc.
PO Box 5388
Clinton, NJ 08809-0388

Jeffrey P. Kelly, Esq.
PO Box 391
Norristown, PA 19404-0391

KML Law Group PC
BNY Mellon Independence Ctr.
701 Market St # 5000
Philadelphia, PA 19106-1541

Keystone Collections Group
546 Wendel Rd
Irwin, PA 15642-7539

LabCorp
3729 Nazareth Rd, Ste. 102
Easton, PA 18045-8339

(p)CONTINENTAL FINANCE COMPANY LLC
PO BOX 8099
NEWARK DE 19714-8099

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Manoj K. Mittal, MD PC
41 Corporate Dr # 101
Easton, PA 18045-2670

Medical Data Systems
2001 9th Ave # 312
Vero Beach, FL 32960-6413

Medical Data Systems
645 Walnut St Ste 5
Gadsden, AL 35901-4173

Medical DataSystems
645 Walnut St Ste 5
Gadsden, AL 35901-4173

Met-Ed
101 Crawford Corner Rd, Bldg #1 Ste 1-51
Holmdel, NJ 07733-1976

Midland Funding LLC
2365 Northside Dr Ste 300
San Diego, CA 92108-2709

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Nationstar Mortgage, LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9096

Navient Dept. of Education Loan Serv
PO Box 9635
Wilkes Barre, PA 18773-9635

Navient Solutions, LLC. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

PA Department of Revenue
Inheritance Tax Division
P.O. Box 280601
Harrisburg, PA 17128-0601

PA Dept. of Revenue
Board of Appeals
P.O. Box 281021
Harrisburg, PA 17128-1021

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pattenburg EMS
c/o ABC, LLC
PO Box 671
Pittstown, NJ 08867-0671

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

T Mobile/T-Mobile USA
4515 N Santa Fe Ave.
Oklahoma City, OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource LP as agent
PO Box 248848
Oklahoma City, OK 73124-8848

T Mobile/T-Mobile USA Inc.
by American Info Source LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

T Mobile/TMobile USA Inc.
by American InfoSource LP
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

TMobile/TMobile USA Inc.
by American InfoSource LP
4515 N santa Fe Ave.
Oklahoma City, OK 73118-7901

United States Department of Education
Claims Filing Unit
Po Box 8973
Madison, WI  53708-8973

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Verizon Pennsylvania
500 Technology Dr # 300
Weldon Spring, MO  63304-2225

Judith Turlington
1006 Ferry St.
Easton, PA 18042-4211

Michael Turlington
1006 Ferry St.
Easton, PA 18042-4211