UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MICHAEL TURLINGTON ) | | CASE NO. 17-15851 REF |
| | JUDITH TURLINGTON, ) | | |
| | ) | | |
| | Debtors. ) | | CHAPTER 13 |

**DEBTORS' NOTICE TO CONVERT CASE FROM
CHAPTER 13 TO CHAPTER 7**

The Debtors, pursuant to 11 U.S.C. Section 1307(a), hereby elect to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on August 30, 2017, is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under Chapter 7 of the Bankruptcy Code.

Submitted by,

NORTH PENN LEGAL SERVICES, INC.

By /s/ Trevor L. Gross

Trevor L. Gross
I.D. #323358
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5311
610-317-8778 (fax)
Attorney for Debtors

Date: 3/26/2019