UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MICHAEL TURLINGTON  )      CASE NO. 17-15851 REF
            JUDITH TURLINGTON,   )
                                 )
                    Debtors.     )      CHAPTER 7

**ENTRY OF APPEARANCE**

To the Bankruptcy Court:

    Kindly enter my appearance on behalf of the above Debtors in the above-captioned case.

NORTH PENN LEGAL SERVICES, INC.


By /s/ Edward Crow
Date:  3/27/2019                Edward Crow, Esquire
                                I.D. #61199

                                559 Main St., Ste. 200
                                Bethlehem, PA 18018
                                610-317-8757
                                610-317-8778 (fax)
                                Attorney for Debtors