UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | MICHAEL TURLINGTON ) | CASE NO. 17-15851 REF |
| | JUDITH TURLINGTON,  ) | |
| | ) | |
| | Debtors.   ) | CHAPTER 7 |

**SUPPLEMENTAL SCHEDULE OF DEBTS ARISING AFTER
FILING OF THE PETITION, BUT PRIOR TO CONVERSION TO CHAPTER 7**

Pursuant to Federal Rule of Bankruptcy Procedure 1019(5), the following debts

arose subsequent to the filing of the petition in this matter, and prior to the date on

which this case was converted to a case under Chapter 7:

| Creditor | Basis of Debt | Amount | Date Incurred | Incurred By |
|---|---|---|---|---|
| Commonwealth of Pennsylvania Northampton County Berkheimer Tax Innovations P.O. Box 25149 Lehigh Valley, PA 18002 | City of Easton Residence tax; City of Easton Per Capita tax; collection fees | $    81.50 | 5/2017-2018 | Wife Debtor |
| City of Easton P.O. Box 25061 Lehigh Valley, PA 18002 | Utility service (trash/sewer) | 728.64 | 2/25/2019 | Wife Debtor |

| Creditor | Basis of Debt | Amount | Date Incurred | Incurred By |
|---|---|---|---|---|
| Verizon 500 Technology Dr. #300 Weldon Spring, MO 63304 | Internet and phone | $    219.74 | 5/7/2018 | Wife Debtor |

Submitted by,

NORTH PENN LEGAL SERVICES, INC.


By /s/Edward Crow
        Edward Crow, Esquire
        I.D. #61199
        559 Main St., Ste. 200
        Bethlehem, PA 18018
        610-317-8757
        610-317-8778 (fax)

Date:  3/27/2019                              Attorney for Debtors