United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15851-ref
Michael Turlington                                                  Chapter 13
Judith Turlington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 3          Date Rcvd: Mar 27, 2019
                             Form ID: pdf900     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
```
db/jdb       Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg         +Dun & Bradstreet, INC.,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13975656    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
             (address filed with court: MABT/CONTFIN,    PO Box 8099,    Newark, DE  19714-8099)
13975636     Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX 75025-9407
13975638     Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
13975639     City of Easton,    123 S 3rd St Ste 2,    Easton, PA 18042-4727
14022710    +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA 19404-3020
13975641     City of Easton & EASD,    123 S 3rd St Ste 2,    Easton, PA 18042-4727
13975643     Dept. of Education/Navient,    123 S Justison St Fl 3,    Wilmington, DE  19801-5360
13975644     DirecTV,    PO Box 5007,    Carol Stream, IL 60197-5007
13975645     Easton Hospital,    PO Box 503786,    Saint Louis, MO 63150-3786
13975646     Equitable Acceptance Corp.,    1200 Ford Rd,    Minnetonka, MN 55305-1616
13975647     FEDED Services LLC,    600 Epic Way # 335,    San Jose, CA 95134-2763
13975648     GLELSI,    PO Box 7860,    Madison, WI 53707-7860
13975649    +Hayt Hayt & Landau LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
13975650     Hunterdon Healthcare,    10604 Justin Dr,    Des Moines, IA 50322-3755
13975652     Jeffrey P. Kelly, Esq.,    PO Box 391,    Norristown, PA 19404-0391
13975654     KML Law Group PC,    BNY Mellon Independence Ctr.,    701 Market St # 5000,
             Philadelphia, PA 19106-1541
13975653     Keystone Collections Group,    546 Wendel Rd,    Irwin, PA 15642-7539
13975655    +LabCorp,    3729 Nazareth Rd, Ste. 102,    Easton, PA 18045-8339
13975657     Manoj K. Mittal, MD PC,    41 Corporate Dr # 101,    Easton, PA 18045-2670
13975658     Medical Data Systems,    2001 9th Ave # 312,    Vero Beach, FL 32960-6413
13975659     Medical Data Systems,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
13975660     Medical DataSystems,    645 Walnut St Ste 5,    Gadsden, AL 35901-4173
14041333    +Met-Ed,    101 Crawford Corner Rd, Bldg #1 Ste 1-51,    Holmdel, NJ 07733-1976
13975662     Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14008097    +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
             Dallas, TX 75261-9096
14037383     PA Department of Revenue,    Inheritance Tax Division,    P.O. Box 280601,
             Harrisburg, PA 17128-0601
14036201     PA Dept. of Revenue,    Board of Appeals,    P.O. Box 281021,    Harrisburg, PA 17128-1021
13975664     Pattenburg EMS,    c/o ABC, LLC,    PO Box 671,    Pittstown, NJ  08867-0671
14036204    +T Mobile/T-Mobile USA,    4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
14038096     TMobile/TMobile USA Inc.,    by American InfoSource LP,    4515 N santa Fe Ave.,
             Oklahoma City, OK 73118-7901
14048340     United States Department of Education,    Claims Filing Unit,    Po Box 8973,
             Madison, WI  53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:36
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:20
             Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr           E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:44
             Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
             P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2019 02:49:32    Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13975634     E-mail/Text: EBNProcessing@afni.com Mar 28 2019 02:47:52    AFNI,    1310 Martin Luther King Dr,
             Bloomington, IL  61701-1465
13975635     E-mail/Text: ebn@americollect.com Mar 28 2019 02:47:51    Americollect Inc.,
             1851 S Alverno Rd,    Manitowoc, WI 54220-9208
14021010     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2019 02:49:22
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13989333    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:32
             Capital One Auto Finance,    c/o Ascension Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
13975637     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 28 2019 02:49:31    Capital One Bank USA,
             PO Box 30281,    Salt Lake City, UT  84130-0281
13975642     E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 28 2019 02:48:15
             Credit Collection Services,    PO Box 447,    Norwood, MA  02062-0447
```

```
District/off: 0313-4           User: dlv              Page 2 of 3            Date Rcvd: Mar 27, 2019
                               Form ID: pdf900        Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13975651        E-mail/Text: kristina.gutjahr@hunterdonradiology.com Mar 28 2019 02:48:16
                Hunterdon Radiology/Imaging Assoc.,  PO Box 5388,  Clinton, NJ  08809-0388
13990175       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2019 02:47:47      MIDLAND FUNDING LLC,
                PO Box 2011,  Warren, MI 48090-2011
13975661        E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2019 02:47:47      Midland Funding LLC,
                2365 Northside Dr Ste 300,  San Diego, CA  92108-2709
13975663        E-mail/PDF: pa_dc_ed@navient.com Mar 28 2019 02:49:21      Navient Dept. of Education Loan Serv,
                PO Box 9635,  Wilkes Barre, PA  18773-9635
14034335        E-mail/PDF: pa_dc_claims@navient.com Mar 28 2019 02:49:45
                Navient Solutions, LLC. on behalf of,  Department of Education Loan Services,  PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13975665        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 02:49:21
                Portfolio Recovery Assoc. LLC,  PO Box 12914,  Norfolk, VA 23541-0914
13992848        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 02:49:21
                Portfolio Recovery Associates, LLC,  POB 41067,  Norfolk VA 23541
13976736       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 28 2019 02:49:21
                PRA Receivables Management, LLC,  PO Box 41021,  Norfolk, VA 23541-1021
14036205        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2019 02:49:34
                Resurgent Capital Services,  P.O. Box 10587,  Greenville, SC 29603-0587
13980178        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:35   T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,  PO Box 248848,  Oklahoma City, OK  73124-8848
14037918        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:35   T Mobile/T-Mobile USA Inc.,
                by American Info Source LP,  4515 N Santa Fe Ave,  Oklahoma City, OK  73118-7901
14037919        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:22   T Mobile/TMobile USA Inc.,
                by American InfoSource LP,  4515 N Santa Fe Ave,  Oklahoma City, OK  73118-7901
14025751        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:35   Verizon,
                by American InfoSource LP as agent,  PO Box 248838,  Oklahoma City, OK  73124-8838
13975666        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:21
                Verizon Pennsylvania,  500 Technology Dr # 300,  Weldon Spring, MO  63304-2225
                                                                                         TOTAL: 25


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14037884        17-15851
14056065        SELENE FINANCE LP,   Attention: Cashiering Department P.O. Bo
cr*            +City of Easton,   c/o Portnoff Law Associates, Ltd.,  PO Box 3020,
                Norristown, PA 19404-3020
14037885*       AFNI,   1310 Martin Luther King Dr,  Bloomington, IL  61701-1465
14037886*      ++AMERICOLLECT INC,   PO BOX 2080,  MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc.,   1851 S Alverno Rd,  Manitowoc, WI  54220-9208)
14037907*      ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,  NEWARK DE 19714-8099
                (address filed with court: MABT/CONTFIN,   PO Box 8099,  Newark, DE  19714-8099)
14037887*       Capital One Auto Finance,   CB Disputes Team,  PO Box 259407,  Plano, TX  75025-9407
14037888*       Capital One Bank USA,   PO Box 30281,  Salt Lake City, UT  84130-0281
14037889*       Chrysler Capital,   PO Box 961275,  Fort Worth, TX  76161-0275
14037890*       City of Easton,   123 S 3rd St Ste 2,  Easton, PA  18042-4727
14037891*      +City of Easton,   1 S 3rd St,  Easton, PA 18042-4543
14037892*       City of Easton & EASD,   123 S 3rd St Ste 2,  Easton, PA  18042-4727
14037893*       Credit Collection Services,   PO Box 447,  Norwood, MA  02062-0447
14037894*       Dept. of Education/Navient,   123 S Justison St Fl 3,  Wilmington, DE  19801-5360
14037895*       DirecTV,   PO Box 5007,  Carol Stream, IL  60197-5007
14037896*       Easton Hospital,   PO Box 503786,  Saint Louis, MO  63150-3786
14037897*       Equitable Acceptance Corp.,   1200 Ford Rd,  Minnetonka, MN  55305-1616
14037898*      +FEDED Services LLC,   600 Epic Way # 335,  San Jose, CA  95134-2763
14037899*       GLELSI,   PO Box 7860,  Madison, WI  53707-7860
14037900*      +Hayt Hayt & Landau LLC,   2 Industrial Way W,  Eatontown, NJ 07724-2279
14037901*       Hunterdon Healthcare,   10604 Justin Dr,  Des Moines, IA  50322-3755
14037902*       Hunterdon Radiology/Imaging Assoc.,   PO Box 5388,  Clinton, NJ  08809-0388
14037903*       Jeffrey P. Kelly, Esq.,   PO Box 391,  Norristown, PA  19404-0391
14037905*       KML Law Group PC,   BNY Mellon Independence Ctr.,  701 Market St # 5000,
                Philadelphia, PA  19106-1541
14037904*       Keystone Collections Group,   546 Wendel Rd,  Irwin, PA  15642-7539
14037908*       Manoj K. Mittal, MD PC,   41 Corporate Dr # 101,  Easton, PA  18045-2670
14037909*       Medical Data Systems,   2001 9th Ave # 312,  Vero Beach, FL  32960-6413
14037910*       Medical Data Systems,   645 Walnut St Ste 5,  Gadsden, AL  35901-4173
14037911*       Medical DataSystems,   645 Walnut St Ste 5,  Gadsden, AL  35901-4173
14037912*       Midland Funding LLC,   2365 Northside Dr Ste 300,  San Diego, CA  92108-2709
14037913*       Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,  Coppell, TX  75019-4620
14037914*       Navient Dept. of Education Loan Serv,   PO Box 9635,  Wilkes Barre, PA  18773-9635
14037915*       PA Dept of Revenue,   Inheritance Tax Division,  PO Box 280601,  Harrisburg, PA  17128-0601
14037917*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,  NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc. LLC,   PO Box 12914,
                Norfolk, VA  23541-0914)
14037916*       Pattenburg EMS,   c/o ABC, LLC,  PO Box 671,  Pittstown, NJ  08867-0671
14037920*       Verizon Pennsylvania,   500 Technology Dr # 300,  Weldon Spring, MO  63304-2225
```

```
District/off: 0313-4          User: dlv              Page 3 of 3           Date Rcvd: Mar 27, 2019
                              Form ID: pdf900        Total Noticed: 62

13975640        ##+City of Easton,   1 S 3rd St,    Easton, PA 18042-4543
                                                                           TOTALS: 2, * 34, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2019 at the address(es) listed below:
           JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
           JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
           REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
           REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
           ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
           ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
           SCOTT  WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
           TREVOR L. GROSS    on behalf of Joint Debtor Judith  Turlington tgross@northpennlegal.org,
           smoschini@northpennlegal.org
           TREVOR L. GROSS    on behalf of Debtor Michael  Turlington tgross@northpennlegal.org,
           smoschini@northpennlegal.org
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                           TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL TURLINGTON  )  CASE NO. 17-15851 REF
  JUDITH TURLINGTON,  )
  )
  Debtors.  )  CHAPTER 13

**DEBTORS' NOTICE TO CONVERT CASE FROM
CHAPTER 13 TO CHAPTER 7**

The Debtors, pursuant to 11 U.S.C. Section 1307(a), hereby elect to convert the above-captioned Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code. The Debtors are entitled to convert their case because:

1. This case, filed on August 30, 2017, is a case under Chapter 13 of the Bankruptcy Code.

2. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtors pray for relief under Chapter 7 of the Bankruptcy Code.

Submitted by,

NORTH PENN LEGAL SERVICES, INC.

By /s/ Trevor L. Gross

Trevor L. Gross
I.D. #323358
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-5311
610-317-8778 (fax)
Attorney for Debtors

Date:  3/26/2019