United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Turlington
Judith Turlington
    Debtors

Case No. 17-15851-ref
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa                    Page 1 of 3                  Date Rcvd: Mar 29, 2019
                              Form ID: 309A                 Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db/jdb         Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
aty           +EDWARD L. CROW,    Edward Crow Attorney at Law,    1055 Westlakes Drive,    Suite 300,
               Berwyn, PA 19312-2410
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13975656     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: MABT/CONTFIN,      PO Box 8099,    Newark, DE  19714-8099)
13975636       Capital One Auto Finance,    CB Disputes Team,    PO Box 259407,    Plano, TX  75025-9407
14295743      +City Easton,    P.O. Box 25061,    Lehigh Valley, PA 18002-5061
13975639       City of Easton,    123 S 3rd St Ste 2,    Easton, PA  18042-4727
14022710      +City of Easton,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
               Norristown, PA 19404-3020
13975641       City of Easton & EASD,    123 S 3rd St Ste 2,    Easton, PA  18042-4727
14295741      +Commonwealth of PA,    Northampton County,    Berkheimer Tax Innovations,    P.O. Box 25149,
               Lehigh Valley, PA 18002-5149
13975643       Dept. of Education/Navient,    123 S Justison St Fl 3,    Wilmington, DE  19801-5360
13975645       Easton Hospital,    PO Box 503786,    Saint Louis, MO  63150-3786
13975646       Equitable Acceptance Corp.,    1200 Ford Rd,    Minnetonka, MN 55305-1616
13975647       FEDED Services LLC,    600 Epic Way # 335,    San Jose, CA 95134-2763
13975648       GLELSI,    PO Box 7860,    Madison, WI 53707-7860
13975649      +Hayt Hayt & Landau LLC,    2 Industrial Way W,    Eatontown, NJ 07724-2279
13975650       Hunterdon Healthcare,    10604 Justin Dr,    Des Moines, IA  50322-3755
13975652       Jeffrey P. Kelly, Esq.,    PO Box 391,    Norristown, PA  19404-0391
13975654       KML Law Group PC,    BNY Mellon Independence Ctr.,    701 Market St # 5000,
               Philadelphia, PA  19106-1541
13975653       Keystone Collections Group,    546 Wendel Rd,    Irwin, PA  15642-7539
13975655      +LabCorp,    3729 Nazareth Rd, Ste. 102,    Easton, PA 18045-8339
13975657       Manoj K. Mittal, MD PC,    41 Corporate Dr # 101,    Easton, PA  18045-2670
13975658       Medical Data Systems,    2001 9th Ave # 312,    Vero Beach, FL  32960-6413
13975659       Medical Data Systems,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
13975660       Medical DataSystems,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
14041333      +Met-Ed,    101 Crawford Corner Rd, Bldg #1 Ste 1-51,    Holmdel, NJ 07733-1976
13975662       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
14008097      +Nationstar Mortgage, LLC d/b/a Mr. Cooper,     ATTN: Bankruptcy Department,    P.O. Box 619096,
               Dallas, TX 75261-9096
14037383       PA Department of Revenue,    Inheritance Tax Division,    P.O. Box 280601,
               Harrisburg, PA  17128-0601
14036201       PA Dept. of Revenue,    Board of Appeals,    P.O. Box 281021,    Harrisburg, PA 17128-1021
13975664       Pattenburg EMS,    c/o ABC, LLC,    PO Box 671,    Pittstown, NJ  08867-0671
14036204      +T Mobile/T-Mobile USA,    4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
14038096       TMobile/TMobile USA Inc.,    by American InfoSource LP,    4515 N santa Fe Ave.,
               Oklahoma City, OK 73118-7901
14048340       United States Department of Education,    Claims Filing Unit,    Po Box 8973,
               Madison, WI  53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: tgross@northpennlegal.org Mar 30 2019 02:37:33      TREVOR L. GROSS,
               North Penn Legal Services,    559 Main St.,    Ste. 200,    Bethlehem, PA  18018
tr            +EDI: QLEFELDMAN.COM Mar 30 2019 06:33:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
               221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2019 02:37:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 30 2019 02:38:15      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 30 2019 02:38:05      United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13975634       EDI: AFNIRECOVERY.COM Mar 30 2019 06:33:00      AFNI,    1310 Martin Luther King Dr,
               Bloomington, IL  61701-1465
13975635       E-mail/Text: ebn@americollect.com Mar 30 2019 02:38:09      Americollect Inc.,
               1851 S Alverno Rd,    Manitowoc, WI  54220-9208
14021010       EDI: RESURGENT.COM Mar 30 2019 06:33:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13989333      +EDI: AISACG.COM Mar 30 2019 06:33:00      Capital One Auto Finance, c/o Ascension Capital Gr,
               P.O. Box 165028,    Irving, TX 75016-5028
13975637       EDI: CAPITALONE.COM Mar 30 2019 06:33:00      Capital One Bank USA,    PO Box 30281,
               Salt Lake City, UT  84130-0281
```

```
District/off: 0313-4          User: Lisa              Page 2 of 3                   Date Rcvd: Mar 29, 2019
                              Form ID: 309A           Total Noticed: 66


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13975638       EDI: CHRM.COM Mar 30 2019 06:33:00      Chrysler Capital,   PO Box 961275,
                Fort Worth, TX 76161-0275
13975642       EDI: CCS.COM Mar 30 2019 06:33:00      Credit Collection Services,   PO Box 447,
                Norwood, MA 02062-0447
13975644       EDI: DIRECTV.COM Mar 30 2019 06:33:00      DirecTV,   PO Box 5007,
                Carol Stream, IL 60197-5007
13975651       E-mail/Text: kristina.gutjahr@hunterdonradiology.com Mar 30 2019 02:38:38
                Hunterdon Radiology/Imaging Assoc.,   PO Box 5388,   Clinton, NJ 08809-0388
13990175      +EDI: MID8.COM Mar 30 2019 06:33:00      MIDLAND FUNDING LLC,   PO Box 2011,
                Warren, MI 48090-2011
13975661       EDI: MID8.COM Mar 30 2019 06:33:00      Midland Funding LLC,   2365 Northside Dr Ste 300,
                San Diego, CA 92108-2709
13975663       EDI: NAVIENTFKASMDOE.COM Mar 30 2019 06:33:00      Navient Dept. of Education Loan Serv,
                PO Box 9635,   Wilkes Barre, PA 18773-9635
14034335       EDI: NAVIENTFKASMSERV.COM Mar 30 2019 06:33:00      Navient Solutions, LLC. on behalf of,
                Department of Education Loan Services,   PO BOX 9635,   Wilkes-Barre, PA 18773-9635
13975665       EDI: PRA.COM Mar 30 2019 06:33:00      Portfolio Recovery Assoc. LLC,   PO Box 12914,
                Norfolk, VA 23541-0914
13992848       EDI: PRA.COM Mar 30 2019 06:33:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13976736      +EDI: PRA.COM Mar 30 2019 06:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14036205       EDI: RESURGENT.COM Mar 30 2019 06:33:00      Resurgent Capital Services,   P.O. Box 10587,
                Greenville, SC 29603-0587
13980178       EDI: AIS.COM Mar 30 2019 06:33:00      T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,   PO Box 248848,   Oklahoma City, OK 73124-8848
14037918       EDI: AIS.COM Mar 30 2019 06:33:00      T Mobile/T-Mobile USA Inc.,   by American Info Source LP,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14037919       EDI: AIS.COM Mar 30 2019 06:33:00      T Mobile/TMobile USA Inc.,   by American InfoSource LP,
                4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14295744      +EDI: VERIZONCOMB.COM Mar 30 2019 06:33:00      Verizon,   500 Technology Dr.,   #300,
                Weldon Spring, MO 63304-2225
14025751       EDI: AIS.COM Mar 30 2019 06:33:00      Verizon,   by American InfoSource LP as agent,
                PO Box 248838,   Oklahoma City, OK 73124-8838
13975666       EDI: VERIZONCOMB.COM Mar 30 2019 06:33:00      Verizon Pennsylvania,   500 Technology Dr # 300,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14037884        17-15851
14056065        SELENE FINANCE LP,   Attention: Cashiering Department P.O. Bo
14037885*       AFNI,   1310 Martin Luther King Dr,   Bloomington, IL 61701-1465
14037886*     ++AMERICOLLECT INC,   PO BOX 2080,   MANITOWOC WI 54221-2080
                (address filed with court: Americollect Inc.,    1851 S Alverno Rd,   Manitowoc, WI 54220-9208)
14037907*     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
                (address filed with court: MABT/CONTFIN,    PO Box 8099,   Newark, DE 19714-8099)
14037887*       Capital One Auto Finance,   CB Disputes Team,   PO Box 259407,   Plano, TX 75025-9407
14037888*       Capital One Bank USA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14037889*       Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
14037890*       City of Easton,   123 S 3rd St Ste 2,   Easton, PA 18042-4727
14037891*      +City of Easton,   1 S 3rd St,   Easton, PA 18042-4543
14037892*       City of Easton & EASD,   123 S 3rd St Ste 2,   Easton, PA 18042-4727
14037893*       Credit Collection Services,   PO Box 447,   Norwood, MA 02062-0447
14037894*       Dept. of Education/Navient,   123 S Justison St Fl 3,   Wilmington, DE 19801-5360
14037895*       DirecTV,   PO Box 5007,   Carol Stream, IL 60197-5007
14037896*       Easton Hospital,   PO Box 503786,   Saint Louis, MO 63150-3786
14037897*       Equitable Acceptance Corp.,   1200 Ford Rd,   Minnetonka, MN 55305-1616
14037898*       FEDED Services LLC,   600 Epic Way # 335,   San Jose, CA 95134-2763
14037899*       GLELSI,   PO Box 7860,   Madison, WI 53707-7860
14037900*      +Hayt Hayt & Landau LLC,   2 Industrial Way W,   Eatontown, NJ 07724-2279
14037901*       Hunterdon Healthcare,   10604 Justin Dr,   Des Moines, IA 50322-3755
14037902*       Hunterdon Radiology/Imaging Assoc.,   PO Box 5388,   Clinton, NJ 08809-0388
14037903*       Jeffrey P. Kelly, Esq.,   PO Box 391,   Norristown, PA 19404-0391
14037905*       KML Law Group PC,   BNY Mellon Independence Ctr.,   701 Market St # 5000,
                Philadelphia, PA 19106-1541
14037904*       Keystone Collections Group,   546 Wendel Rd,   Irwin, PA 15642-7539
14037908*       Manoj K. Mittal, MD PC,   41 Corporate Dr # 101,   Easton, PA 18045-2670
14037909*       Medical Data Systems,   2001 9th Ave # 312,   Vero Beach, FL 32960-6413
14037910*       Medical Data Systems,   645 Walnut St Ste 5,   Gadsden, AL 35901-4173
14037911*       Medical DataSystems,   645 Walnut St Ste 5,   Gadsden, AL 35901-4173
14037912*       Midland Funding LLC,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
14037913*       Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
14037914*       Navient Dept. of Education Loan Serv,   PO Box 9635,   Wilkes Barre, PA 18773-9635
14037915*       PA Dept of Revenue,   Inheritance Tax Division,   PO Box 280601,   Harrisburg, PA 17128-0601
14037917*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Assoc. LLC,    PO Box 12914,
                Norfolk, VA 23541-0914)
14037916*       Pattenburg EMS,   c/o ABC, LLC,   PO Box 671,   Pittstown, NJ 08867-0671
```

```
District/off: 0313-4          User: Lisa              Page 3 of 3              Date Rcvd: Mar 29, 2019
                              Form ID: 309A           Total Noticed: 66

             ***** BYPASSED RECIPIENTS (continued) *****
14037920*         Verizon Pennsylvania,    500 Technology Dr # 300,    Weldon Spring, MO  63304-2225
13975640         ##+City of Easton,    1 S 3rd St,    Easton, PA 18042-4543
                                                                                 TOTALS: 2, * 33, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              EDWARD L. CROW    on behalf of Joint Debtor Judith   Turlington attorneycrow@yahoo.com
              EDWARD L. CROW    on behalf of Debtor Michael   Turlington attorneycrow@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              TREVOR L. GROSS    on behalf of Joint Debtor Judith  Turlington tgross@northpennlegal.org,
               smoschini@northpennlegal.org
              TREVOR L. GROSS    on behalf of Debtor Michael  Turlington tgross@northpennlegal.org,
               smoschini@northpennlegal.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael Turlington** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–9743** <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Judith Turlington** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–5508** <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **8/30/17** |
| Case number: | **17–15851–ref** | Date case converted to chapter **7** | **3/26/19** |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael Turlington | Judith Turlington |
| 2. | **All other names used in the last 8 years** | aka Michael B. Turlington, aka Michael Berry Turlington | aka Judy Turlington, aka Judith Villanueva |
| 3. | **Address** | 1006 Ferry St. <br> Easton, PA 18042–4211 | 1006 Ferry St. <br> Easton, PA 18042–4211 |
| 4. | **Debtor's attorney** <br> Name and address | TREVOR L. GROSS <br> North Penn Legal Services <br> 559 Main St. <br> Ste. 200 <br> Bethlehem, PA 18018 | Contact phone 610 317 5311 <br><br> Email: tgross@northpennlegal.org |
| 5. | **Bankruptcy trustee** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices PC <br> 221 N. Cedar Crest Blvd. <br> Allentown, PA 18104 | Contact phone (610) 530–9285 <br><br> Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street Suite 300 Reading, PA 19601 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.  Contact phone (610)2085040  Date: 3/29/19 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2019 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/7/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |