UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   MICHAEL TURLINGTON   )   CASE NO. 17-15851 REF
         JUDITH TURLINGTON,   )
                              )
              Debtors.        )   CHAPTER 7

### CERTIFICATE OF SERVICE

I, Edward Crow, attorney for the Debtors, hereby certify that a copy of the attached Debtors' Notice to Convert Case from Chapter 13 to Chapter 7, Supplemental Schedule of Debts Arising After Filing of the Petition, but Prior to Conversion to Chapter 7, and Notice of Chapter 7 Bankruptcy Case and 341 Hearing will be served electronically upon the trustees in this case and by first class mail to all other interested parties listed on the attached Supplemental Schedule:

Lynn E. Feldman, Esq.          U.S. Trustee
Chapter 7 Trustee              833 Chestnut St.
221 N. Cedar Crest Blvd.       Suite 500
Allentown, PA 18101            Philadelphia, PA 19107

NORTH PENN LEGAL SERVICES, INC.

Date:  4/2/2019

By /s/ Edward Crow
Edward Crow, Esq.
I.D. #61199
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-8757
610-317-8778 (fax)
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MICHAEL TURLINGTON ) <br> JUDITH TURLINGTON, ) <br> ) <br> Debtors. ) | CASE NO. 17-15851 REF <br><br> CHAPTER 7 | |

## SUPPLEMENTAL SCHEDULE OF DEBTS ARISING AFTER FILING OF THE PETITION, BUT PRIOR TO CONVERSION TO CHAPTER 7

Pursuant to Federal Rule of Bankruptcy Procedure 1019(5), the following debts arose subsequent to the filing of the petition in this matter, and prior to the date on which this case was converted to a case under Chapter 7:

| Creditor | Basis of Debt | Amount | Date Incurred | Incurred By |
|---|---|---|---|---|
| Commonwealth of Pennsylvania Northampton County Berkheimer Tax Innovations P.O. Box 25149 Lehigh Valley, PA 18002 | City of Easton Residence tax; City of Easton Per Capita tax; collection fees | $ 81.50 | 5/2017-2018 | Wife Debtor |
| City of Easton P.O. Box 25061 Lehigh Valley, PA 18002 | Utility service (trash/sewer) | 728.64 | 2/25/2019 | Wife Debtor |

| Creditor | Basis of Debt | Amount | Date Incurred | Incurred By |
|---|---|---|---|---|
| Verizon<br>500 Technology Dr. #300<br>Weldon Spring, MO 63304 | Internet and phone | $ 219.74 | 5/7/2018 | Wife Debtor |

Submitted by,

NORTH PENN LEGAL SERVICES, INC.

By /s/Edward Crow
Edward Crow, Esquire
I.D. #61199
559 Main St., Ste. 200
Bethlehem, PA 18018
610-317-8757
610-317-8778 (fax)

Attorney for Debtors

Date: 3/27/2019