United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15851-ref
Michael Turlington                                                      Chapter 7
Judith Turlington
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                Page 1 of 1                Date Rcvd: Apr 05, 2019
                                Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
db/jdb         Michael Turlington,   Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
cr            +City of Easton,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 06 2019 02:37:42
                Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 06 2019 02:37:32
                Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
                P.O. Box 165028,   Irving, TX  75016,   UNITED STATES 75016-5028
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2019 02:37:30       Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
              EDWARD L. CROW    on behalf of Debtor Michael  Turlington attorneycrow@yahoo.com
              EDWARD L. CROW    on behalf of Joint Debtor Judith  Turlington attorneycrow@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              TREVOR L. GROSS    on behalf of Debtor Michael  Turlington tgross@northpennlegal.org,
               smoschini@northpennlegal.org
              TREVOR L. GROSS    on behalf of Joint Debtor Judith  Turlington tgross@northpennlegal.org,
               smoschini@northpennlegal.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>  Debtors | CHAPTER 13 |
| Selene Finance LP<br>  Movant<br>  vs. | NO. 17-15851 REF |
| Judith Turlington aka Judy Turlington, aka Judith Villanueva<br>Michael Turlington aka Michael B. Turlington aka Michael Berry Turlington<br>  Debtors | 11 U.S.C. Section 362 |
| Scott Waterman<br>  Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1006 Ferry Street, Easton, PA 18042 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: April 5, 2019**

_____
United States Bankruptcy Judge.