United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-15851-mdc
Michael Turlington                                              Chapter 7
Judith Turlington
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: YvetteWD          Page 1 of 1          Date Rcvd: Jul 09, 2019
                              Form ID: 211            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
```
db/jdb        Michael Turlington,    Judith Turlington,    1006 Ferry St.,    Easton, PA 18042-4211
cr           +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 10 2019 03:07:47
              Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 10 2019 03:07:23
              Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
              P.O. Box 165028,   Irving, TX 75016,    UNITED STATES 75016-5028
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 10 2019 03:08:13       Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
```
              EDWARD L. CROW    on behalf of Joint Debtor Judith  Turlington attorneycrow@yahoo.com
              EDWARD L. CROW    on behalf of Debtor Michael  Turlington attorneycrow@yahoo.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              TREVOR L. GROSS    on behalf of Debtor Michael  Turlington tgross@northpennlegal.org,
               gburchell@nplspa.org
              TREVOR L. GROSS    on behalf of Joint Debtor Judith  Turlington tgross@northpennlegal.org,
               gburchell@nplspa.org
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                                  Chapter: 7

    Michael Turlington and Judith Turlington

Debtor(s)                                                                                          Case No: 17−15851−mdc

___

## *ORDER*

AND NOW, 7/9/19 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 7/23/19 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

For The Court

Magdeline D. Coleman

Chief Judge ,United States
Bankruptcy Court

108
Form 211