**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Michael Turlington | : | |
| aka Michael B.Turlington | | |
| aka Michael Berry Turlington | : | |
| & | | |
| Judith Turlington | | |
| aka Judy Turlington | : | |
| Debtor(s) | : | Bankruptcy No. 17-15851-MDC |

ORDER

AND NOW, it appearing that the Debtor had filed the Financial Management Course Certificate on May 25, 2018, it is hereby

ORDERED that Order Approving Trustee's Report, Discharging Trustee and Closing Case, without the entry of discharge erroneously entered by the Clerk's Office on August 14, 2019 , is VACATED.

August 20, 2019

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge